November 10, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JAY COHEN, Appellant

NO. 14-15-00392-CV                      V.

TOURS PARTNERS, LTD. AND PRESTON REALTY CORPORATION,
Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on January 28, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Jay Cohen.

We further order this decision certified below for observance.